612

Susan E. SMOLEN v. WEYER-HAUSER COMPANY, No. 55-76

April 12, 1976. Motion to Dismiss denied.

STATE of Vermont v. David H. TOWNSEND, No. 63-76

April 12, 1976. Notice for appeal having been timely filed, the motion for leave to appeal is denied as superfluous.

Colema D. SOUARD v. Alfred E. TILLINGHAST and Anna M. Tillinghast, No. 77-75

April 13, 1976. Appeal dismissed for failure to comply with progress order of February 3, 1976.

STATE of Vermont v. Paul W. MEACHAM, No. 89-75

April 13, 1976. Appeal dismissed for failure to comply with progress order of February 3, 1976.

Lynda SENESAC v. Joseph Maurice F. SENESAC, No. 326-75

April 13, 1976. Appellant's motion to recommit this cause to the Chittenden Superior Court pending appeal is granted, and the same is remanded to that court for the sole purpose of hearing and determining his motion to revise the judgment order and for restraining order, with direction to advance said cause upon the docket and to report to this Court its action upon said motion.

Edmund J. CARBONEAU d/b/a Hillside Saw Plant v. LAGUE, INC., No. 131-75

April 14, 1976. Entry Order is amended to read: Reversed and remanded.

Joseph PICARD and Marie Picard v. PYROFAX GAS CORPORATION v. Trinity Industries, Inc. and Golconda Corporation, No. 77-76

April 15, 1976. Motion for Permission to Appeal is denied.

Robert W. McGARIGLE v. Kenneth MURRAY and HKR, INC., No. 305-75

April 16, 1976. Appeal dismissed for lack of jurisdiction. V.R.A.P. 4; *Village of Northfield* v. *Chittenden Trust Co.*, 128 Vt. 240, 260 A.2d 406 (1969).